UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-81194-Hurley/White

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE



(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

JUAN F. PEREZ #0162605          Birthyear – 1965
(Enter the full name of the plaintiff in this action)    Last 4 digits of SS# 3016

v.

Ric Bradshaw – Sherriff Palm Beach County Dept. of Corrections

Doctor Dawsonville – Armor Correctional Health Inc., (Director)

_____

_____

_____

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

    This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

    Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

    Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

cat / div 1983 – 550 – West Palm Beach
Case # _____
Page 1 of 5          Judge _____ Mag White
                    Motn Ifp Yes   Fee pd $ ____
                    Receipt # ____

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

## I. Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: JUAN F. PEREZ

Inmate #: 0162605

Address: Palm Beach County Jail PO Box 24716 West Palm Beach FL 33416

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Ric BrADshAw

is employed as Sherriff of Palm Beach County Dept. of Corrections

at 3228 Gun Club Rd - West Palm Beach FL 33406

C. Additional Defendants: Doctor Dawsonville - Medical Director of Armor Correctional Health Inc at Palm Beach County Jail 3228 Gun Club Rd. West Palm Beach FL 33406

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____
_____
_____
_____

II. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

Armor Correctional Health Inc, which is the For-Profit Corporation who oversees the Medical Dept. at Palm Beach County JAIL for Sherriff RIC BrADshAW is Refusing to treat me for Hepatitis C, a life threatening disease. The Doctor told me the Corporate Decision Makers for Armor Correctional Health Inc. have set Policy that values American Dollars over Human Life, and he has been ordered to Not prescribe the life saving medication I need. He said he will be Fired if he costs the

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

shareholders too much money. I am now suffering both physically, and now mentally and emotionally over the medical department's decision to let me die rather than pay for my treatment needed.

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I want an emergency Injunction ordered by the court to treat me with the medications I need before I Die. I want the court to prioritize and expedite my claim because my life is in danger. I want Compensation for each day that I am refused Medical treatment. In the event that I should Die as a result of Refusal and Denial of Medical Care, I want my Family Members to be awarded the sum of $50 Million Dollars to be paid by The Defendants.

### IV. Jury Demand

Do you demand a jury trial? [X] Yes [ ] No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this __12th__ day of __October__ 20__12__

X _____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __10-12-2012__

X _____
(Signature of Plaintiff)

JUAN F. PEREZ #0162605
PALM BEACH COUNTY JAIL - D3
PO BOX 24716
WEST PALM BEACH FL
33416