UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81194-CIV-HURLEY

JUAN PEREZ,

    Plaintiff,

vs.

RIC BRADSHAW et al.,

    Defendants.
_____/

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND CLOSING FILE

**THIS CAUSE** is before the Court on the supplemental report and recommendation of Magistrate Judge Patrick White filed February 4, 2013 [ECF No. 8].

Previously, on December 13, 2012, the court dismissed the plaintiff's *pro se* complaint with leave to amend within thirty days to address the pleading deficiencies outlined in the previous report and recommendation of Magistrate Judge Patrick White, and to bring the complaint into compliance with *Bell Atlantic Corp. v Twombly*, 550 U.S. 544 (2007) [ECF NO. 7].

More than thirty days has elapsed since the entry of that order, and plaintiff has not filed an amended pleading. In light of this lapse, Magistrate Judge Patrick White has filed a supplemental report and recommendation that the matter be dismissed for failure to comply with the court's direction on submission of an amended pleading [ECF No. 8]. No objections have been filed to this report.

It is accordingly **ORDERED AND ADJUDGED:**

1. The supplemental report and recommendation of Magistrate Judge White [ECF NO. 8] is **APPROVED and ADOPTED** in full.

2. The plaintiff's complaint filed October 26, 2012 is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S. C. §1915(e)(2)(B)(ii) and Fed. R. Civ. P. 12(b)(6).

3. There being nothing further for the court to resolve, this case is **CLOSED** and the Clerk of Court is directed to terminate any pending motions as **MOOT.**

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this 22nd day of February, 2013.

_____
Daniel T.K. Hurley
United States District Judge

cc.

Juan F. Perez, *pro se*

Magistrate Judge Patrick White

For updated court information, see unofficial website
2                                                                    at www.judgehurley.com